No. 71–1463. MILLIKEN, GOVERNOR OF MICHIGAN, ET AL. *v.* BRADLEY ET AL. C. A. 6th Cir. Certiorari denied.

No. 71–1467. FLYNN *v.* BOARD OF EXAMINERS, BOARD OF EDUCATION OF THE CITY OF NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 71–1468. BOSLEY ET UX. *v.* GRAND LODGE OF ANCIENT FREE & ACCEPTED MASONS OF MARYLAND. Ct. App. Md. Certiorari denied.

No. 71–1480. ALEXANDER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–1481. COLLINS ET AL. *v.* AVERY ET AL. C. A. 5th Cir. Certiorari denied.

No. 71–1484. FINK ET UX. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 71–1485. HARNESS *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 71–1486. HART, DBA SAN DIEGO CABINETS, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 71–1488. WACHOVIA BANK & TRUST CO. *v.* HARRIS, TRUSTEE. C. A. 4th Cir. Certiorari denied.

No. 71–1489. PLASTILINE, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied.

No. 71–1490. BETHLEHEM MINES CORP. ET AL. *v.* UNITED MINE WORKERS OF AMERICA ET AL. C. A. 3d Cir. Certiorari denied.